# United States District Court

_____ DISTRICT OF _____

Debra A. Bohonowicz

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-30148-MAP

Carey's Flowers, James Carey, and Ralph Liebro

TO: (Name and address of defendant)

Carey's Flowers
300 Newton Street
South Hadley, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

*Mary Finn*

(BY) DEPUTY CLERK

DATE   *June 23, 2005*

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-18-5 |
| NAME OF SERVER (PRINT) JAMES M. KANE | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon James Carey, Agent in charge of Carey's Flowers

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-18-5
              Date

Signature of Server

Address of Server: 130 Maple St. Suite 102
Springfield, MA 01103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.