# United States District Court

_____ DISTRICT OF _____

Debra A. Bohonowicz

V.

Carey's Flowers, James Carey and RAlph Liebro

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-30148 MAP

TO: (Name and address of defendant)

Ralph Liebro
14 Chester Street
West Springfield, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    June 23, 2005

CLERK                                DATE

Mary Finn

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  
DATE: 7-18-05

NAME OF SERVER (PRINT): JAMES M. KANE  
TITLE: Constable

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 300 Newton St. South Hadley, Mass.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-18-5

Signature of Server: James M. Kane

Address of Server: 130 Maple St.  
Suite 102  
Springfield, MA 01103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.