UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No.: 05-30148

DEBRA A. BOHONOWICZ, )
            Plaintiff, )
)
v. )
)
CAREY'S FLOWERS, A )
Corporation Duly Established Under )
The Laws of the Commonwealth )
Of Massachusetts, )
)
JAMES CAREY, In His )
Capacity as Owner and President )
of Carey's Flowers, )
)
RALPH LIEBRO, Both Individually )
And As Agent For Carey's Flowers, )
           Defendants )

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), herby stipulate that the above action shall be dismissed with prejudice and without costs including, but not limited to, any and all Claims, Cross and/or Counterclaims.

THE PLAINTIFF
By Her Attorney,

_____
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO# 553768

THE DEFENDANT'S
By Their Attorney

_____
Daniel J. Sheridan, Esquire
Sheridan Law Offices
660 Newton Street
South Hadley, MA
(413) 536-8504
BBO# 548320